JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CAMIA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>   v.<br><br>COXCOM, INC., *et al.*<br><br>Defendants. | Case No. SACV12-1380 CJC (JPRx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER RE DISMISSAL** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Stipulation to Dismiss the Entire Action entered into between Plaintiff David Camia, on the one hand, and Defendant Cox Communications California, LLC, formerly known as CoxCom, Inc., on the other hand, the above-entitled action is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  May 31, 2013

_____

       CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE