JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CAMIA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COXCOM, INC., *et al.*<br><br>Defendants. | Case No. SACV12-1380 CJC (JPRx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER RE DISMISSAL** |

1  Pursuant to the Stipulation to Dismiss the Entire Action entered into between
2  Plaintiff David Camia, on the one hand, and Defendant Cox Communications
3  California, LLC, formerly known as CoxCom, Inc., on the other hand, the above-
4  entitled action is dismissed with prejudice with each party to bear his or its own
5  attorneys' fees and costs.
6      IT IS SO ORDERED.

DATED: May 31, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**ORDER**
2